UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE TERAE CHAVARRY, Jr., Booking #24728371,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN DIEGO COUNTY JAIL MEDICAL STAFF; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:24-cv-01411-RSH-VET<br><br>**ORDER DISMISSING ACTION** |

On August 7, 2024, Maurice Terae Chavarry, Jr. ("Plaintiff"), a detainee proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 [ECF No. 1]. On December 30, 2024, the Court entered an Order granting Plaintiff's IFP application but dismissed the Complaint without prejudice and with leave to amend. ECF No. 3. The Court gave Plaintiff until February 14, 2025 to file an amended complaint that cured the pleading deficiencies identified in the dismissal order and also cautioned Plaintiff that a failure to respond by filing an amended complaint would result in the Court entering a final order of dismissal of this action. *See id.* at 11.

1

3:24-cv-01411-RSH-VET

1  |  Thereafter, mail sent by the Clerk to Plaintiff's address of record was returned as
2  |  undeliverable, and Plaintiff has not amended his complaint, provided an updated address,
3  |  or otherwise communicated with the Court. "The failure of the plaintiff eventually to
4  |  respond to the court's ultimatum–either by amending the complaint or by indicating to the
5  |  court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal."
6  |  *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779
7  |  F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to sua sponte dismiss a case for
8  |  lack of prosecution or failure to comply with a court order). Therefore, the Court
9  |  **DISMISSES** this civil action without prejudice. The Court **DIRECTS** the Clerk to close
10 |  the case.

11 |  **IT IS SO ORDERED.**
12 |  Dated: February 25, 2025

*[signature: Robert S. Huie]*

Hon. Robert S. Huie
United States District Judge